UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

LENARD SCOTT,

        NO. CIV. S-05-510 LKK/JFM

    Plaintiff,

  v.                                     O R D E R

PAULA NORBERT,

    Defendant.
_____/

    A Status Conference is currently set for May 16, 2005 at 11:00 a.m in the above-captioned case. Plaintiff's counsel, however, has requested that the court continue the Status Conference for sixty days so that plaintiff may personally serve defendant and so defendant may make an appearance in this case. Good cause having been shown, the Status Conference set for May 16, 2005 at 11:00 a.m. is CONTINUED to July 25, 2005 at 3:00 p.m.

    IT IS SO ORDERED.

    DATED:  May 17, 2005.

                                        /s/Lawrence K. Karlton
                                        LAWRENCE K. KARLTON
                                        SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT