IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LENARD SCOTT,

     Plaintiff,                              No. CIV S-05-0510 LKK JFM PS

     vs.

PAULA NORBERT,

     Defendant.                          <u>ORDER</u>

_____/

        Plaintiff's motion for default judgment came on regularly for hearing October 6, 2005. Thomas N. Stewart appeared for plaintiff. There was no appearance for defendant Paula Norbert. Upon review of the motion and the documents in support, upon hearing the arguments of counsel and good cause appearing therefor, THE COURT FINDS AS FOLLOWS:

        1. The record is not sufficiently developed to determine whether Paula Norbert is the proper defendant in this matter; and

        2. The record is not sufficiently developed to determine what relief, if any, should be ordered in this case.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiff's August 26, 2005 motion for default judgment is denied without prejudice. Counsel for plaintiff shall schedule this matter for evidentiary hearing within ninety days from the date of this order.

1

1   2. The Clerk of the Court is directed to serve a copy of this order on defendant
2  Paula Norbert at two separate addresses: 4103 Carson Road, Camino, California 95709 and
3  P.O. Box 1197, Camino, California 95709.
4  DATED: October 11, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

/001;scottdef.den